UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 05-193M |
| Plaintiff, | ) | |
| v. | ) | ORDER REVOKING RELEASE |
| | ) | AND ORDERING DETENTION |
| BRUCE JAMES ARPIN, | ) | |
| Defendant. | ) | |

The Pretrial Services Office and the United States have presented information indicating that defendant has violated the conditions of pretrial supervised release.

Defendant made his initial appearance before the undersigned Magistrate Judge on April 25, 2005, after being arrested and charged with five (5) counts of bank robbery. The defendant was advised of his rights and counsel was appointed. The government moved for detention and a hearing on this matter was set for April 28, 2005.

Defendant appeared before the undersigned on April 28, 2005, as scheduled. The government withdrew its motion for detention and the government and defendant asked that defendant first be released to a drug-treatment center, and then a halfway house along with special conditions to be imposed. Defendant was remanded to custody until such time as space and facilities were available for his treatment at Ollala Treatment Center.

On July 11, 2005, a warrant for arrest was issued for defendant because of evidence submitted indicating he had violated the terms of release.  Specifically, defendant was charged with the following violations:

1. Use of heroin and cocaine on or about July 7, 2005, in violation of the standard condition of release that he not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician; and

2. Consuming alcoholic beverages on or about July 7, 2005, in violation of the special bond condition that he not use, consume, or possess alcohol, or any product containing alcohol, including medication, unless prescribed by a physician.

After hearing from the parties, the Court finds it necessary and appropriate to revoke the former bond and orders the defendant to be detained.  The Court FINDS:

1. There are no conditions or combination of conditions which will assure that defendant will not be a danger to the community if released again;

2. Defendant is unlikely to abide by any condition or combination of conditions set by the Court.

It is therefore ORDERED, that defendant's bond is REVOKED,  and that:

1. Defendant shall be detained pending the evidentiary hearing in this matter and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the U.S. Pretrial Services Officer.

DATED this 14th day of July, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER REVOKING RELEASE
AND ORDERING DETENTION
PAGE 3